**FILED**
**JUDGMENT ENTERED**

_____
         Date
by _____G. Lucas_____
       Deputy Clerk
   U.S. District Court
 Eastern District of California
__XX___   FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

AVR CAPITAL INVESTMENTS, INC.,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:05-CV-1592 OWW/SMS

CORPORATE ASSOCIATES, INC.,
PAULETTE M. GOETZ,

    Defendant.
_____/

    Pursuant to the stipulation of the parties,

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the plaintiff, AVR Capital Investments, Inc., and collectively against defendant Paulette M. Goetz and defendant Corporate Associates, Inc., in the amount of $154,621.35

DATED: August 11, 2006          /s/ OLIVER W. WANGER
                                        OLIVER W. WANGER
                                        United States District Judge